UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
OCT - 4 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:19mj4229 |
| Plaintiff, | ) | |
| vs. | ) | **WAIVER OF DETENTION** |
| | ) | **HEARING AND ORDER** |
| JOSEPH DANIEL BUK, | ) | |
| Defendant. | ) | Magistrate Judge Greenberg |

JOSEPH DANIEL BUK, the above named defendant, accused of having violated Title 18, U.S.C., Section 2113, having been advised of the nature of the charge and of his rights, and under advice of counsel, waives his right to a detention hearing and consents that he be held without bail pursuant to Title 18, U.S.C., Section 3142 (e) and (i), with the right to revisit the issue of detention at a later date.

_____
Defendant

_____
Counsel for Defendant

IT IS SO ORDERED.

Approved: _____
Jonathan D. Greenberg
U.S. Magistrate Judge

Date: 10-04-19